ORIGINAL

FILED

04/12/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA
Case Number: PR 06-0422

# IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 06-0422

FILED

APR 1 2 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

IN THE MATTER OF THE PETITION OF ROBERT
T. KNIGHT

O R D E R

Robert T. Knight has petitioned the Court to waive the three-year test requirement for the Multistate Professional Responsibility Examination (MPRE) for purposes of Knight's application for admission by motion to the State Bar of Montana. By rule, applicants for admission by motion must provide evidence of the requisite score on an MPRE taken within three years preceding the date of the application for admission. Rule VII.A.9, Rules of Admission.

Knight passed the MPRE in 2003 when seeking admission to the practice of law in Louisiana. Knight is currently admitted to the State Bar of Louisiana. Knight is also a member in good standing with both the Texas and Colorado bars since 2018. The petition states that Knight has practiced law "without any ethical or disciplinary issues in any jurisdiction where licensed or where admitted *pro hac vice*." Good cause appearing,

IT IS HEREBY ORDERED that the petition of Robert T. Knight to waive the three-year test requirement for the MPRE for purposes of Knight's current application for admission by motion to the State Bar of Montana is GRANTED.

The Clerk shall mail a copy of this order to Petitioner and to the Administrator of the Board of Bar Examiners at the State Bar of Montana.

DATED this 12 day of April, 2022.

_____
Chief Justice

_____

_____

_____

_____

_____

_____
Justices

2